MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Karen J. Ephraim (SB# 233824)
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
james.rutten@mto.com
karen.ephraim@mto.com

Attorneys for Defendants WACHOVIA BANK, N.A. and METROPOLITAN WEST SECURITIES LLC

STRUMWASSER & WOOCHER LLP
  Michael J. Strumwasser (SB# 58413)
  Fredric D. Woocher (SB# 96689)
  Jonathan D. Krop (SB# 263963)
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California  90024
(310) 576-1233; (310) 319-0156 (fax)
mstrumwasser@strumwooch.com
fwoocher@strumwooch.com
jkrop@strumwooch.com

Attorneys for Plaintiff CALIFORNIA EARTHQUAKE AUTHORITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA EARTHQUAKE AUTHORITY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN WEST SECURITIES LLC; WACHOVIA BANK, NATIONAL ASSOCIATION; and DOES 1 through 25,<br><br>　　　　　　　Defendants. | CASE NO. 2:10-CV-00291-FCD-GGH<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO SUBMIT JOINT STATUS REPORT**<br><br>Date action removed: February 4, 2010<br>Trial date: None set |

1  WHEREAS Plaintiff filed its Complaint in the Superior Court of the State of California
2  for the County of Sacramento on December 31, 2009;
3  WHEREAS Plaintiff contemporaneously filed a Motion to Disqualify Counsel for
4  Defendants (the "Disqualification Motion");
5  WHEREAS Defendants removed this lawsuit to this Court on February 4, 2010;
6  WHEREAS the Court immediately entered an order requiring the parties to submit a Joint
7  Status Report within 60 days of removal, which makes the deadline to submit a Joint Status
8  Report April 5, 2010;
9  WHEREAS Plaintiff thereafter refiled its Disqualification Motion in this Court, and it is
10 scheduled to be heard on April 23, 2010;
11 WHEREAS in light of the pending Disqualification Motion, and in the interests of judicial
12 economy and efficiency, the parties stipulated that Defendants would have until 45 days after the
13 Court's ruling on the Disqualification Motion to respond to the Complaint;
14 WHEREAS the Court approved that stipulation on February 24, 2010;
15 WHEREAS Defendants currently anticipate responding to the Complaint by way of a
16 motion to dismiss;
17 WHEREAS the parties believe that, in the interests of judicial economy and efficiency, it
18 makes sense to continue the deadline to submit the Joint Status Report until after the Court rules
19 on the Disqualification Motion and the anticipated motion to dismiss and the case is at issue;
20 NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES
21 HERETO THAT the parties shall have until 21 days after the case is put at issue by the filing of
22 //
23 //
24 //
25 //
26 //
27 //
28

Defendants' Answer to submit a Joint Status Report addressing the matters set forth in the Court's order of February 4, 2010.

IT IS SO STIPULATED:

Date: April 2, 2010                 MUNGER, TOLLES & OLSON LLP

                                    By: /s/_____
                                            James C. Rutten

                                    Attorneys for Defendants WACHOVIA BANK,
                                    N.A. and METROPOLITAN WEST
                                    SECURITIES LLC


Date: April 2, 2010                 STRUMWASSER & WOOCHER LLP

                                    By: /s/_____
                                            Fredric D. Woocher

                                    Attorneys for Plaintiff CALIFORNIA
                                    EARTHQUAKE AUTHORITY

**IT IS SO ORDERED.**

DATED:  April 2, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE