David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
Jesse L. Miller (SBN 183229)
Email: jessemiller@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
Christopher C. Foster (SBN 253839)
Email: CFoster@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants
Metropolitan West Securities, LLC and
Wachovia Bank, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

CALIFORNIA EARTHQUAKE AUTHORITY,

Plaintiff,

vs.

METROPOLITAN WEST SECURITIES, LLC; WACHOVIA BANK, N.A.; and DOES 1 through 25,

Defendants.

No.: 2:10-CV-00291 FCD (GGH)

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**

Date action removed: February 4, 2010
Trial date: None set

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

WHEREAS the Verified Complaint for Damages, Restitution, Rescission, and Civil Penalties ("Complaint") in this Action was filed in Sacramento County Superior Court on December 31, 2009;

WHEREAS simultaneous with the filing of the Complaint, Plaintiff California Earthquake Authority filed a Motion to Disqualify Munger, Tolles & Olson LLP as counsel for Defendants Metropolitan West Securities, LLC and Wachovia Bank, N.A. (collectively "Wachovia");

WHEREAS this Action was removed to this Court on February 4, 2010;

WHEREAS on February 25, 2010, this Court entered an Order pursuant to the parties' stipulation extending the time for Wachovia to file a responsive pleading until forty-five days after the Court had issued its ruling on Plaintiff's Motion to Disqualify;

WHEREAS on April 2, 2010, this Court entered an Order pursuant to the parties' stipulation extending the deadline for the parties to submit a Joint Status Report until twenty-one days after the case has been put at issue by the filing of Wachovia's Answer;

WHEREAS Plaintiff's Motion to Disqualify was granted by this Court's Order of May 5, 2010;

WHEREAS this Court's Order of May 5, 2010 stayed the Action for forty-five days to permit Wachovia to obtain new counsel and required the parties to submit a joint status (pretrial scheduling) conference statement within twenty days of the substitution of new counsel;

WHEREAS Wachovia has recently retained the law firm of Reed Smith LLP to represent it in this action, and new counsel requires additional time in order to familiarize itself with the case and to prepare Wachovia's responsive pleading;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California Earthquake Authority and Defendants Metropolitan West Securities LLC and Wachovia Bank, N.A., through the undersigned counsel, as follows:

1. The time for Defendants Metropolitan West Securities LLC and Wachovia Bank, N.A. to answer, move against, or otherwise respond to the Complaint shall be extended until July 2, 2010.

2. The parties shall file a joint status (pretrial scheduling) conference statement within twenty days after the case has been put at issue by the filing of Metropolitan West Securities LLC and Wachovia Bank, N.A.'s Answer.

**IT IS SO STIPULATED:**

DATED: June __, 2010.

REED SMITH LLP

By ____/s/____________________
David C. Powell
Jesse L. Miller
Christopher C. Foster
Attorneys for Defendants Metropolitan West Securities, LLC and Wachovia Bank, N.A.

DATED: June __, 2010

STRUMWASSER & WOOCHER LLP

By____/s/____________________
Michael J. Strumwasser
Fredric D. Woocher
Jonathan D. Krop
Attorneys for Plaintiff California Earthquake Authority

**IT IS SO ORDERED:**

Dated: June 21, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: S-10-291 FCD (GGH) – 3 –
STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING