David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
Jesse L. Miller (SBN 183229)
Email: jessemiller@reedsmith.com
Christopher C. Foster (SBN 253839)
Email: CFoster@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
Metropolitan West Securities, LLC and Wells
Fargo Bank, N.A., successor by merger to
Wachovia Bank, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA EARTHQUAKE AUTHORITY, | No.: 2:10-CV-00291 FCD (GGH) |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE AN ANSWER** |
| vs. | |
| METROPOLITAN WEST SECURITIES, LLC; WACHOVIA BANK, N.A.; and DOES 1 through 25, | Date action removed: February 4, 2010<br>Trial date: None set |
| Defendants. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1    WHEREAS the Verified Complaint for Damages, Restitution, Rescission, and Civil

2  Penalties ("Complaint") in this Action was filed in Sacramento County Superior Court on December

3  31, 2009;

4    WHEREAS simultaneous with the filing of the Complaint, Plaintiff California Earthquake

5  Authority filed a Motion to Disqualify Munger, Tolles & Olson LLP as counsel for Defendants

6  Metropolitan West Securities, LLC and Wachovia Bank, N.A. (collectively "Wachovia");

7    WHEREAS this Action was removed to this Court on February 4, 2010;

8    WHEREAS on February 25, 2010, this Court entered an Order pursuant to the parties'

9  stipulation extending the time for Wachovia to file a responsive pleading until forty-five days after

10  the Court had issued its ruling on Plaintiff's Motion to Disqualify;

11    WHEREAS on April 2, 2010, this Court entered an Order pursuant to the parties' stipulation

12  extending the deadline for the parties to submit a Joint Status Report until twenty-one days after the

13  case has been put at issue by the filing of Wachovia's Answer;

14    WHEREAS Plaintiff's Motion to Disqualify was granted by this Court's Order of May 5,

15  2010;

16    WHEREAS this Court's Order of May 5, 2010 stayed the Action for forty-five days to permit

17  Wachovia to obtain new counsel and required the parties to submit a joint status (pretrial scheduling)

18  conference statement within twenty days of the substitution of new counsel;

19    WHEREAS this Court's Order of June 21, 2010, pursuant to Stipulation of the parties

20  permitted Wachovia until July 2, 2010 to file a responsive pleading and for the parties to file a joint

21  status (pretrial scheduling) conference statement within twenty-one days of Wachovia putting the

22  case at issue by filing an answer;

23    WHEREAS Counsel for Wachovia, Mr. Jesse Miller is an officer in the California Army

24  National Guard, and service requirements related to recent events in the State, have or may interfere

25  with his involvement in the case through July 5, 2010;

26    WHEREAS Wachovia has determined that it will Answer the Complaint, rather than file a

27  motion to dismiss or some other responsive pleading;

28    NOW, THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California

Earthquake Authority and Defendants Metropolitan West Securities LLC and Wachovia Bank, N.A., through the undersigned counsel, as follows:

  1. The time for Defendants Metropolitan West Securities LLC and Wachovia Bank, N.A. to answer the Complaint shall be extended until July 9, 2010.

  2. The parties shall file a joint status (pretrial scheduling) conference statement on or before July 30, 2010.

**IT IS SO STIPULATED:**

DATED:  June __, 2010.   REED SMITH LLP


By____/s/_____
  David C. Powell
  Jesse L. Miller
  Christopher C. Foster
  Attorneys for Defendants Metropolitan West
  Securities, LLC and Wachovia Bank, N.A.


DATED:  June __, 2010   STRUMWASSER & WOOCHER LLP


By___/s/_____
  Michael J. Strumwasser
  Fredric D. Woocher
  Jonathan D. Krop
  Attorneys for Plaintiff California Earthquake
  Authority


**IT IS SO ORDERED:**


Dated:  July 1, 2010   _____
          FRANK C. DAMRELL, JR.
         UNITED STATES DISTRICT JUDGE