Michael J. Strumwasser (SBN 58413)
Fredric D. Woocher (SBN 96689)
Jonathan D. Krop (SBN 263963)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California  90024
Telephone:     +1 310 576 1233
Facsimile:     +1 310 319 0156

Attorneys for Plaintiff
CALIFORNIA EARTHQUAKE AUTHORITY


David C. Powell (SBN 129781)
Jesse L. Miller (SBN 183229)
Christopher C. Foster (SBN 253839)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendants
METROPOLITAN WEST SECURITIES, LLC
and WELLS FARGO BANK, N.A., successor
by merger to WACHOVIA BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA EARTHQUAKE AUTHORITY,<br><br>        Plaintiff,<br><br>    vs.<br><br>METROPOLITAN WEST SECURITIES, LLC; WACHOVIA BANK, N.A.; and DOES 1 through 25,<br><br>        Defendants. | No.: 2:10-CV-00291 FCD GGH<br><br>**ORDER FOR RELIEF FROM SCHEDULING ORDER**<br><br>Date action removed: February 4, 2010<br>Trial date: None set |

WHEREAS the Verified Complaint for Damages, Restitution, Rescission, and Civil Penalties ("Complaint") in this Action was filed in Sacramento County Superior Court on December 31, 2009;

WHEREAS, simultaneous with the filing of the Complaint, Plaintiff California Earthquake Authority filed a Motion to Disqualify Munger, Tolles & Olson LLP as counsel for Defendants Metropolitan West Securities, LLC and Wachovia Bank, N.A. (collectively "Wachovia");

WHEREAS Plaintiff's Motion to Disqualify was granted by this Court's Order of May 5, 2010;

WHEREAS this Court's Order of May 5, 2010 stayed the Action for forty-five days to permit Wachovia to obtain new counsel and required the parties to submit a joint status (pretrial scheduling) conference statement within twenty days of the substitution of new counsel;

WHEREAS this Court issued its Scheduling Order on August 3, 2010;

WHEREAS the Parties propounded document requests on one another on February 15, 2011 and February 25, 2011, respectively;

WHEREAS, since that time, the Parties have been engaged in an ongoing meet and confer regarding the scope of discovery, which has included extensive and time-consuming technical analysis that has taken longer than initially anticipated;

WHEREAS the Parties are continuing to work towards such an agreement and anticipate that they will be able to reach such agreement that will substantially limit, if not eliminate, the necessity for court intervention in such party document discovery;

WHEREAS, while the Parties have been working diligently towards reaching such a stipulation, Mr. Strumwasser, lead trial counsel for Plaintiff has been serving as lead trial counsel in an administrative hearing continuously since December 2009, and that has had an unanticipated impact on the timing of the Parties' stipulation;

WHEREAS the Parties mediated this case on multiple occasions prior to the filing of this lawsuit;

WHEREAS the Parties are of the belief that further mediation may be of benefit to the Parties in reaching resolution of this action;

WHEREAS the Parties are working towards agreement on when such mediation would be appropriate;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California Earthquake Authority and Defendants Metropolitan West Securities LLC and Wachovia Bank, N.A., through the undersigned counsel, to jointly request relief from the present Scheduling Order in this case, and request that the presently scheduled dates be moved as followed, or in accordance with such schedule as the Court may allow:

|  | **Present Schedule** | **Jointly Requested Schedule** |
|---|---|---|
| Discovery Cut-Off | September 6, 2011 | **March 6, 2012** |
| Expert Witness Disclosures | September 20, 2011 | **March 20, 2012** |
| Rebuttal Expert Disclosures | October 11, 2011 | **April 10, 2012** |
| Expert Discovery Cut-Off | November 10, 2011 | **May 10, 2012** |
| Dispositive Motion Cut-Off | January 13, 2012 | **July 13, 2012** |
| Final Pre-Trial Conference | March 16, 2012 | **September 14, 2012, at 2:00 p.m.** |
| Jury Trial | May 22, 2012 | **November 27, 2012, at 9:00 a.m.** |

/ / /

/ / /

**IT IS SO STIPULATED:**

DATED: July 22, 2011.                REED SMITH LLP

By _____/s/_____
   David C. Powell
   Jesse L. Miller
   Christopher C. Foster
   Attorneys for Defendants Metropolitan West
   Securities, LLC and Wachovia Bank, N.A.

DATED: July 22, 2011                STRUMWASSER & WOOCHER LLP

By _____/s/_____
   Michael J. Strumwasser
   Fredric D. Woocher
   Jonathan D. Krop
   Attorneys for Plaintiff California Earthquake
   Authority

**IT IS SO ORDERED:**

DATED: July 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE