Michael J. Strumwasser (SBN 58413)
Fredric D. Woocher (SBN 96689)
Patricia T. Pei (SBN 274957)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California  90024
Telephone:     +1 310 576 1233
Facsimile:     +1 310 319 0156

Attorneys for Plaintiff
CALIFORNIA EARTHQUAKE AUTHORITY


David C. Powell (SBN 129781)
Jesse L. Miller (SBN 183229)
Christopher C. Foster (SBN 253839)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendants
METROPOLITAN WEST SECURITIES, LLC
and WELLS FARGO BANK, N.A., successor
by merger to WACHOVIA BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA EARTHQUAKE AUTHORITY,<br><br>              Plaintiff,<br><br>       vs.<br><br>METROPOLITAN WEST SECURITIES, LLC; WACHOVIA BANK, N.A.; and DOES 1 through 25,<br><br>              Defendants. | No.: 2:10-CV-00291 MCE (GGH)<br><br>**JOINT REQUEST FOR CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION TO COMPEL**<br><br>Date action removed: February 4, 2010<br>Trial date: May 13, 2013 |

No.: 2:10-CV-00291 MCE (GGH)    – 1 –
JOINT REQUEST FOR CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION TO COMPEL

1  WHEREAS Plaintiff California Earthquake Authority ("Plaintiff") filed a motion on
2  February 17, 2012 to compel responses to document requests from Defendants Metropolitan West
3  Securities, LLC and Wells Fargo Bank, N.A., successor by merger to Wachovia Bank N.A.
4  ("Defendants"), which is presently set for hearing on April 12, 2012 before the Honorable Gregory
5  G. Hollows;

6  WHEREAS the Parties are continuing to meet and confer and prepare the joint statement
7  required under Civil Local Rule 251;

8  WHEREAS counsel for Defendants, Christopher Foster, has a family emergency that will
9  significantly interfere with the preparation of the joint statement;

10  WHEREAS Plaintiff has agreed to a brief continuance of the hearing date in order to
11  accommodate Mr. Foster's family obligation;

12  NOW, THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California
13  Earthquake Authority and Defendants Metropolitan West Securities LLC and Wells Fargo Bank,
14  N.A., successor by merger to Wachovia Bank, N.A., through the undersigned counsel, to jointly
15  request a continuance of the hearing on Plaintiff's Motion to Compel [Doc. No. 41] from April 12,
16  2012 to April 26, 2012.

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

**IT IS SO STIPULATED:**

DATED: March 22, 2012        REED SMITH LLP

By     /s/ Christopher C. Foster
    David C. Powell
    Jesse L. Miller
    Christopher C. Foster
    Attorneys for Defendants Metropolitan West
    Securities, LLC and Wells Fargo Bank, N.A.,
    successor by merger to Wachovia Bank, N.A.

DATED: March 22, 2012        STRUMWASSER & WOOCHER LLP

By    /s/ Patricia T. Pei
    Michael J. Strumwasser
    Fredric D. Woocher
    Patricia T. Pei
    Attorneys for Plaintiff California Earthquake
    Authority

**IT IS SO ORDERED:**

Dated: _____March 23_____, 2012
_____/s/ Gregory G. Hollows_____
    The Honorable Gregory G. Hollows.
    UNITED STATES MAGISTRATE JUDGE