1  MICHAEL J. STRUMWASSER (SBN 58413)
   FREDRIC D. WOOCHER (SBN 96689)
2  PATRICIA T. PEI (SBN 274957)
   STRUMWASSER & WOOCHER LLP
3  10940 Wilshire Boulevard, Suite 2000
   Los Angeles, California  90024
4  Tel.: (310) 576-1233  Fax: (310) 319-0156
   E-mail:  mstrumwasser@strumwooch.com
5           fwoocher@strumwooch.com
            ppei@strumwooch.com
6
7  Attorneys for Plaintiff
   *California Earthquake Authority*
8


9  David C. Powell (SBN 129781)
   Email:  dpowell@reedsmith.com
10 Jesse L. Miller (SBN 183229)
   Email: jessemiller@reedsmith.com
11 Christopher C. Foster (SBN 253839)
   Email:  CFoster@reedsmith.com
12 REED SMITH LLP
   101 Second Street, Suite 1800
13 San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
14 Facsimile:     +1 415 391 8269

15 Attorneys for Defendants
   Metropolitan West Securities, LLC and Wells
16 Fargo Bank, N.A., successor by merger to
   Wachovia Bank, N.A.

17                         UNITED STATES DISTRICT COURT

18             EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

19

| CALIFORNIA EARTHQUAKE AUTHORITY, | No.: 2:10-CV-00291 MCE (GGH) |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RESETTING DISCOVERY STATUS CONFERENCE FOR JUNE 14, 2012** |
| vs. | |
| METROPOLITAN WEST SECURITIES, LLC; WACHOVIA BANK, N.A.; and DOES 1 through 25, | Date action removed: February 4, 2010<br>Trial date: October 7, 2013 |
| Defendants. | |

1   WHEREAS, the Court issued an order on April 27, 2012 setting a discovery status conference in this matter for June 14, 2012 at 1:30 p.m. and required the parties to file a "joint statement regarding issues to be addressed at the discovery conference no later than June 11, 2012";

WHEREAS, on June 7, 2012, the Court issued an order resetting that status conference for June 21, 2012;

WHEREAS, the Parties are in agreement that the hearing should be reset to its original date and time on June 14, 2012;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California Earthquake Authority and Defendants Metropolitan West Securities LLC and Wachovia Bank, N.A., through the undersigned counsel, as follows:

1. The discovery conference shall be reset to June 14, 2012 at 1:30 p.m., consistent with the Court's April 27, 2012 Order.

2. The parties shall file their "joint statement regarding issues to be addressed at the discovery conference" no later than June 11, 2012, consistent with the Court's April 27, 2012 Order.

/ / /
/ / /
/ / /
/ / /

1  **IT IS SO STIPULATED:**

2  DATED:  June 7, 2012				REED SMITH LLP

3

4

5  				By___/s/ Christopher C. Foster_____
				David C. Powell
6				Jesse L. Miller
				Christopher C. Foster

7				Attorneys for Defendants Metropolitan West
				Securities, LLC and Wachovia Bank, N.A.
8

9

10  DATED:  June 7, 2012				STRUMWASSER & WOOCHER LLP

11

12  				By_____/s/ Patricia Pei_____
				Michael J. Strumwasser
				Fredric D. Woocher
13				Patricia T. Pei
				Attorneys for Plaintiff California Earthquake
14				Authority

15

16

17  **IT IS SO ORDERED:**

18

19

20  Dated: June 8, 2012			/s/ Gregory G. Hollows
						_____
21						The Honorable Gregory G. Hollows
						UNITED STATES MAGISTRATE JUDGE

22