1  MICHAEL J. STRUMWASSER (SBN 58413)
   FREDRIC D. WOOCHER (SBN 96689)
2  PATRICIA T. PEI (SBN 274957)
   STRUMWASSER & WOOCHER LLP
3  10940 Wilshire Boulevard, Suite 2000
   Los Angeles, California  90024
4  Tel.: (310) 576-1233  Fax: (310) 319-0156
   E-mail:  mstrumwasser@strumwooch.com
5          fwoocher@strumwooch.com
           ppei@strumwooch.com
6

7  Attorneys for Plaintiff
   *California Earthquake Authority*

8

9  David C. Powell (SBN 129781)
   Email:  dpowell@reedsmith.com
10 Jesse L. Miller (SBN 183229)
   Email: jessemiller@reedsmith.com
11 Christopher C. Foster (SBN 253839)
   Email:  CFoster@reedsmith.com
12 REED SMITH LLP
   101 Second Street, Suite 1800
13 San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
14 Facsimile:     +1 415 391 8269

15 Attorneys for Defendants
   Metropolitan West Securities, LLC and Wells
16 Fargo Bank, N.A., successor by merger to
   Wachovia Bank, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA EARTHQUAKE AUTHORITY,<br><br>       Plaintiff,<br><br>   vs.<br><br>METROPOLITAN WEST SECURITIES, LLC; WACHOVIA BANK, N.A.; and DOES 1 through 25,<br><br>       Defendants. | No.: 2:10-CV-00291 MCE (GGH)<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO QUASH**<br><br>Date action removed: February 4, 2010<br>Trial date: October 7, 2013 |

WHEREAS, Defendant Metropolitan West Securities, LLC ("Metropolitan West") issued a subpoena to Pricewaterhouse Coopers on June 6, 2012;

WHEREAS, Plaintiff California Earthquake Authority noticed a motion to quash that subpoena on June 21, 2012, and set the hearing on July 19, 2012;

WHEREAS, the parties have been engaged in extensive meet and confer on other discovery issues;

WHEREAS, the parties have a deposition scheduled for the day prior to the July 19th hearing in Los Angeles;

WHERAS, at Metropolitan West's request, and for the convenience of the parties, the parties desire to continue the hearing to July 26, 2012;

WHEREAS, the parties have agreed on a schedule for the opposition and reply deadlines on in the event of such a continuance;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California Earthquake Authority and Defendants Metropolitan West Securities LLC and Wachovia Bank, N.A., through the undersigned counsel, as follows:

1. The July 19, 2012 hearing on the motion to quash shall be continued to July 26, 2012 at 10:00 a.m.

2. Defendants shall file the opposition to Plaintiff's motion on or before July 10, 2012.

3. Plaintiff shall file its reply in support of its motion to quash on or before July 19, 2012.

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED:**

DATED:  June 29, 2012             REED SMITH LLP

By____/s/ Christopher Foster_____
　　David C. Powell
　　Jesse L. Miller
　　Christopher C. Foster
　　Attorneys for Defendants Metropolitan West
　　Securities, LLC and Wachovia Bank, N.A.

DATED:  June 29, 2012             STRUMWASSER & WOOCHER LLP

By____/s/ Patricia Pei_____
　　Michael J. Strumwasser
　　Fredric D. Woocher
　　Patricia T. Pei
　　Attorneys for Plaintiff California Earthquake
　　Authority

**IT IS SO ORDERED:**

Dated: July 2, 2012              　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　The Honorable Gregory G. Hollows
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE