1  MICHAEL J. STRUMWASSER (SBN 58413)
   FREDRIC D. WOOCHER (SBN 96689)
2  PATRICIA T. PEI (SBN 274957)
   STRUMWASSER & WOOCHER LLP
3  10940 Wilshire Boulevard, Suite 2000
   Los Angeles, California  90024
4  Tel.: (310) 576-1233  Fax: (310) 319-0156
   E-mail:  mstrumwasser@strumwooch.com
5           fwoocher@strumwooch.com
            ppei@strumwooch.com
6

7  Attorneys for Plaintiff
   *California Earthquake Authority*

8

9  David C. Powell (SBN 129781)
   Email:  dpowell@reedsmith.com
10 Jesse L. Miller (SBN 183229)
   Email: jessemiller@reedsmith.com
11 Christopher C. Foster (SBN 253839)
   Email:  CFoster@reedsmith.com
12 REED SMITH LLP
   101 Second Street, Suite 1800
13 San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
14 Facsimile:     +1 415 391 8269

15 Attorneys for Defendants
   Metropolitan West Securities, LLC and Wells
16 Fargo Bank, N.A., successor by merger to
   Wachovia Bank, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA EARTHQUAKE AUTHORITY, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN WEST SECURITIES, LLC; WACHOVIA BANK, N.A.; and DOES 1 through 25, <br><br> Defendants. | No.: 2:10-CV-00291 MCE (GGH) <br><br> **STIPULATION AND ORDER ON PARTIES' LIMITED PROTECTIVE ORDER AND PROTOCOL** <br><br> Date action removed: February 4, 2010 <br> Trial date: October 7, 2013 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

WHEREAS, Plaintiff California Earthquake Authority ("CEA") and Defendants Metropolitan West Securities LLC ("MetWest") and Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, N.A. (collectively, "Defendants") have been meeting and conferring in good faith to reach a protocol governing the discovery issues remaining in this case;

WHEREAS, the parties submitted a stipulation on June 29, 2012 that was signed by this Court on July 3, 2012, which left the issue of the protocol and protective order to govern the production of data from the most recent MetWest GroupWise backup tape to the CEA open subject to further negotiations ("Backup Tape Protocol and Protective Order");

WHEREAS, the parties' agreement contemplated that the parties would continue to meet and confer in good faith regarding the Backup Tape Protocol and Protective Order, and that the parties would be able to reach a final agreement on the Backup Tape Protocol and Protective Order by July 3, 2012;

WHEREAS, the parties have continued to meet and confer in good faith on the Backup Tape Protocol and Protective Order;

WHEREAS, the parties have determined that they need to obtain additional technical information regarding the restoration of the MetWest GroupWise backup tape before they can reach a final agreement on the Backup Tape Protocol and Protective Order;

WHEREAS, the necessary technical information regarding the restoration of the MetWest GroupWise backup tape will not be available to the parties for a minimum of two weeks;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California Earthquake Authority and Defendants Metropolitan West Securities, LLC and Wachovia Bank, N.A., through the undersigned counsel, that the parties be permitted an additional two weeks within which to reach an agreement on the limited discovery protocol to govern the production of the most recent MetWest GroupWise backup tape. The parties shall file the Backup Tape Protocol and Protective Order on or before Tuesday, July 17, 2012.

/ / /

/ / /

**IT IS SO STIPULATED:**

DATED: July 3, 2012                REED SMITH LLP


By   /s/ Christopher Foster
   David C. Powell
   Jesse L. Miller
   Christopher C. Foster
   Attorneys for Defendants Metropolitan West
   Securities, LLC and Wachovia Bank, N.A.


DATED: July 3, 2012                STRUMWASSER & WOOCHER LLP


By   /s/ Patricia Pei
   Michael J. Strumwasser
   Fredric D. Woocher
   Patricia T. Pei
   Attorneys for Plaintiff California Earthquake
   Authority

**IT IS SO ORDERED:**


Dated: July 5, 2012                /s/ Gregory G. Hollows
   _____
   The Honorable Gregory G. Hollows
   UNITED STATES MAGISTRATE JUDGE