MICHAEL J. STRUMWASSER (SBN 58413)
FREDRIC D. WOOCHER (SBN 96689)
PATRICIA T. PEI (SBN 274957)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California  90024
Tel.: (310) 576-1233  Fax: (310) 319-0156
E-mail:  mstrumwasser@strumwooch.com
         fwoocher@strumwooch.com
         ppei@strumwooch.com

Attorneys for Plaintiff
*California Earthquake Authority*


David C. Powell (SBN 129781)
Email:  dpowell@reedsmith.com
Jesse L. Miller (SBN 183229)
Email:  jessemiller@reedsmith.com
Christopher C. Foster (SBN 253839)
Email:  CFoster@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
Metropolitan West Securities, LLC and Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA EARTHQUAKE AUTHORITY,<br><br>            Plaintiff,<br><br>    vs.<br><br>METROPOLITAN WEST SECURITIES, LLC; WACHOVIA BANK, N.A.; and DOES 1 through 25,<br><br>            Defendants. | No.: 2:10-CV-00291 MCE (GGH)<br><br>**STIPULATION AND ORDER ON PARTIES' LIMITED PROTECTIVE ORDER AND PROTOCOL**<br><br>Date action removed: February 4, 2010<br>Trial date: October 7, 2013 |

WHEREAS, Plaintiff California Earthquake Authority ("CEA") and Defendants Metropolitan West Securities LLC ("MetWest") and Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, N.A. (collectively, "Defendants") have been meeting and conferring in good faith to finalize a protective order and discovery protocol regarding the data contained on Defendants' last backup tape of defendants' prior e-mail system ("MetWest GroupWise Backup Tape");

WHEREAS, the parties submitted a stipulation on July 3, 2012 anticipating that a minimum of two additional weeks would be needed to locate and retrieve the tape and obtain technical information regarding the cost of the restoration of the MetWest GroupWise Backup Tape, and the Court granted that stipulation on July 6, 2012;

WHEREAS, Defendants have located and obtained the MetWest GroupWise Backup Tape, but do require additional time to obtain technical information regarding the cost of its restoration;

WHEREAS, the parties anticipate that three additional weeks will be necessary in order to obtain that technical information and finalize the discovery protocol;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California Earthquake Authority and Defendants Metropolitan West Securities, LLC and Wachovia Bank, N.A., through the undersigned counsel, that the parties be permitted an additional three weeks within which to reach an agreement on the limited discovery protocol. The parties shall file the Backup Tape Protocol and Protective Order as soon as practicable but in no case later than Tuesday, August 7, 2012 without further order of the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED:**

DATED:  July 17, 2012               REED SMITH LLP

By____/s/ Christopher Foster_____
    David C. Powell
    Jesse L. Miller
    Christopher C. Foster
    Attorneys for Defendants Metropolitan West
    Securities, LLC and Wachovia Bank, N.A.

DATED:  July 17, 2012               STRUMWASSER & WOOCHER LLP

By____/s/ Patricia Pei_____
    Michael J. Strumwasser
    Fredric D. Woocher
    Patricia T. Pei
    Attorneys for Plaintiff California Earthquake
    Authority

**IT IS SO ORDERED:**

Dated: July 19, 2012                /s/ Gregory G. Hollows
    _____
    The Honorable Gregory G. Hollows
    UNITED STATES MAGISTRATE JUDGE