UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA EARTHQUAKE AUTHORITY,

      Plaintiff,

  v.

METROPOLITAN WEST SECURITIES, LLC, ET AL.,

      Defendant.
_____/

No. 2:10-cv-00291-MCE-GGH

ORDER CONTINUING TRIAL

    YOU ARE HEREBY NOTIFIED the October 7, 2013 jury trial is vacated and continued to **January 13, 2014,** at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **October 31, 2013.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the August 22, 2013 Final Pretrial Conference is vacated and continued to **November 14, 2013,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **October 24, 2013** and shall comply with the procedures outlined in the Court's March 27, 2012 Second Amended Pretrial Scheduling Order.

1  The personal appearances of the trial attorneys or person(s) in
2  pro se is mandatory for the Final Pretrial Conference.
3  Telephonic appearances for this hearing are not permitted.
4      Any evidentiary or procedural motions are to be filed by
5  **October 24, 2013.**  Oppositions must be filed by **October 31, 2013**
6  and any reply must be filed by **November 7, 2013.**  The motions
7  will be heard by the Court at the same time as the Final Pretrial
8  Conference.
9      All other due dates set forth in the Court's Second Amended
10 Pretrial Scheduling Order are confirmed.
11     IT IS SO ORDERED.

Dated: October 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE