1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   CALIFORNIA EARTHQUAKE
     AUTHORITY,                              No. 2:10-cv-00291-MCE-GGH
12
             Plaintiff,
13
         v.                                  MEMORANDUM AND ORDER
14
     METROPOLITAN WEST
15   SECURITIES, LLC ET AL.,

16           Defendant.

17                          ----oo0oo----

18       On December 20, 2012, the magistrate judge assigned to this

19   case issued an order granting Defendant Metropolitan West

20   Securities, LLC's ("MetWest") motion to compel and ordered non-

21   party witness the California State Treasurer's office to "produce

22   to MetWest, all the documents contained in the production chart

23   (dkt. 101-6) that are currently withheld on the basis of either

24   deliberative process or closed session privilege," including

25   "documents numbered 3-8 and 10-11" by "December 26, 2012."

26   (Order, ECF 118 at 10:1-4.)  The discovery cut off in this case,

27   however, was December 3, 2012.

28   ///

                                    1

The Court therefore extends the discovery deadline for the sole purpose of complying with ECF 118.


Dated: December 20, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

2