Michael J. Strumwasser (SBN 58413)
Fredric D. Woocher (SBN 96689)
Patricia T. Pei (SBN 274957)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California  90024
Telephone:    +1 310 576 1233
Facsimile:     +1 310 319 0156

Attorneys for Plaintiff
CALIFORNIA EARTHQUAKE AUTHORITY


David C. Powell (SBN 129781)
David S. Reidy (SBN 225904)
Jennifer R. Fearnow (SBN 246007)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:    +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendants
METROPOLITAN WEST SECURITIES, LLC
and WELLS FARGO BANK, N.A., successor
by merger to WACHOVIA BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA EARTHQUAKE AUTHORITY,<br><br>                    Plaintiff,<br><br>      vs.<br><br>METROPOLITAN WEST SECURITIES, LLC; WACHOVIA BANK, N.A.; and DOES 1 through 25,<br><br>                    Defendants. | No.: 2:10-CV-00291 MCE (GGH)<br><br>**JOINT REQUEST FOR RELIEF FROM COURT'S SCHEDULING ORDER AND [ORDER**<br><br>Date action removed:  February 4, 2010<br>Trial date: January 13, 2014 |

WHEREAS on December 31, 2009, Plaintiff California Earthquake Authority ("Plaintiff") filed its Verified Complaint in this Action.

WHEREAS Defendants Metropolitan West Securities, LLC and Wells Fargo Bank, N.A., successor by merger to Wachovia Bank N.A. ("Defendants") removed this action on February 4, 2010;

WHEREAS this Court issued a Scheduling Order on August 3, 2010 (*see* Docket No. 33);

WHEREAS on July 22, 2011, the Parties jointly requested relief from the Court's Scheduling Order (*see* Docket No. 36);

WHEREAS on July 25, 2011, Judge Frank C. Damrell, Jr. issued a Scheduling Order in this case providing that that disclosure of expert witnesses is due by March 20, 2012, a supplemental list of expert witnesses is due by April 10, 2012, expert discovery cut-off is May 10, 2012, and the last day to hear dispositive motions shall be July 13, 2012 (*see* Docket No. 37);

WHEREAS on August 31, 2011, the action was reassigned to Judge Morrison C. England, Jr. (*see* Docket No. 38);

WHEREAS on October 24, 2011, this Court issued an Amended Pretrial Scheduling Order providing that that disclosure of expert witnesses is due by September 13, 2012, and the last day to hear dispositive motions shall be January 10, 2013 (*see* Docket No. 39);

WHEREAS on March 21, 2012, the Parties further jointly requested relief from the Court's Scheduling Order (*see* Docket No. 42);

WHEREAS on March 27, 2012, this Court issued a Second Amended Pretrial Scheduling Order providing that disclosure of expert witnesses is due by February 7, 2013, a supplemental list of expert witnesses is due by February 27, 2013, and the last day to hear dispositive motions shall be June 13, 2013 (*see* Docket No. 46);

WHEREAS on October 24, 2012, this Court issued an Order Continuing Trial.  The October 7, 2013 jury trial date was vacated and continued to January 13, 2014.  (*see* Docket No. 85);

WHEREAS fact discovery closed on December 3, 2012;

WHEREAS the Parties desire to mediate the case to explore settlement, and anticipate attending mediation in March 2013;

1  WHEREAS the Parties believe that an adjustment to the Second Amended Pretrial
2  Scheduling Order would permit them to focus their efforts on mediation;
3  NOW, THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California
4  Earthquake Authority and Defendants Metropolitan West Securities LLC and Wells Fargo Bank,
5  N.A., successor by merger to Wachovia Bank, N.A., through the undersigned counsel, to jointly
6  request relief from the Second Amended Pretrial Scheduling Order in this case, and request that the
7  presently scheduled dates be moved as followed, or in accordance with such schedule as the Court
8  may allow:

|  | **Present Schedule** | **Jointly Requested Schedule** |
|---|---|---|
| Expert Witness Disclosure/Report | February 7, 2013 | May 1, 2013 |
| Supplemental Disclosure/Report | February 27, 2013 | May 28, 2013 |
| Last Day to Hear Dispositive Motion | June 13, 2013 | September 5, 2013[1] |

**IT IS SO STIPULATED:**

DATED: January 9, 2013          REED SMITH LLP

By ___/s/ David S. Reidy_____
David S. Reidy
Attorneys for Defendants
Metropolitan West Securities, LLC and Wells Fargo
Bank, N.A., successor by merger to Wachovia
Bank, N.A.

///

///

---

[1] Parties to comply with the filing schedule outlined in this Court's Second Amended Pretrial Scheduling Order (Docket No. 46, p. 4).

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1     DATED: January 9, 2013        STRUMWASSER & WOOCHER LLP

2

3                                           By    /s/ Michael J. Strumwasser
                                                  Michael J. Strumwasser

4                                                   Attorneys for Plaintiff
                                                  California Earthquake Authority

5

6     **IT IS SO ORDERED:**

7

8

9     Dated: January 22, 2013

10                                       MORRISON C. ENGLAND, JR., CHIEF JUDGE

11                                       UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28