Michael J. Strumwasser (SBN 58413)
Fredric D. Woocher (SBN 96689)
Patricia T. Pei (SBN 274957)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California  90024
Telephone:     +1 310 576 1233
Facsimile:      +1 310 319 0156

Attorneys for Plaintiff
CALIFORNIA EARTHQUAKE AUTHORITY


David C. Powell (SBN 129781)
David S. Reidy (SBN 225904)
Jennifer R. Fearnow (SBN 246007)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendants
METROPOLITAN WEST SECURITIES, LLC
and WELLS FARGO BANK, N.A., successor
by merger to WACHOVIA BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA EARTHQUAKE AUTHORITY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN WEST SECURITIES, LLC; WACHOVIA BANK, N.A.; and DOES 1 through 25,<br><br>　　　　　Defendants. | No.: 2:10-CV-00291 MCE (CMK)<br><br>**STIPULATION AND JOINT REQUEST FOR RELIEF FROM COURT'S FEBRUARY 1, 2013, THIRD AMENDED PRETRIAL SCHEDULING ORDER; AND ORDER**<br><br>Date action removed:  February 4, 2010<br>Trial date:  March 31, 2014 |

WHEREAS on December 31, 2009, Plaintiff California Earthquake Authority ("Plaintiff") filed its Verified Complaint in this Action;

WHEREAS Defendants Metropolitan West Securities, LLC and Wells Fargo Bank, N.A., successor by merger to Wachovia Bank N.A. ("Defendants") removed this action on February 4, 2010;

WHEREAS this Court issued a Scheduling Order on August 3, 2010 (*see* Docket No. 33);

WHEREAS on July 22, 2011, the Parties jointly requested relief from the Court's Scheduling Order (*see* Docket No. 36);

WHEREAS on July 25, 2011, Judge Frank C. Damrell, Jr. issued a Scheduling Order in this case providing that that disclosure of expert witnesses is due by March 20, 2012, a supplemental list of expert witnesses is due by April 10, 2012, expert discovery cut-off is May 10, 2012, and the last day to hear dispositive motions shall be July 13, 2012 (*see* Docket No. 37);

WHEREAS on August 31, 2011, the action was reassigned to Judge Morrison C. England, Jr. (*see* Docket No. 38);

WHEREAS on October 24, 2011, this Court issued an Amended Pretrial Scheduling Order providing that that disclosure of expert witnesses is due by September 13, 2012, and the last day to hear dispositive motions shall be January 10, 2013 (*see* Docket No. 39);

WHEREAS on March 21, 2012, the Parties further jointly requested relief from the Court's Scheduling Order (*see* Docket No. 42);

WHEREAS on March 27, 2012, this Court issued a Second Amended Pretrial Scheduling Order providing that disclosure of expert witnesses is due by February 7, 2013, a supplemental list of expert witnesses is due twenty (20) days thereafter (February 27, 2013), and the last day to hear dispositive motions shall be June 13, 2013 (*see* Docket No. 46);

WHEREAS on October 24, 2012, this Court issued an Order Continuing Trial.  The October 7, 2013 jury trial date was vacated and continued to January 13, 2014 (*see* Docket No. 85);

WHEREAS fact discovery closed on December 3, 2012;

WHEREAS on January 9, 2013, the Parties further jointly requested relief from the Court's Scheduling Order (*see* Docket No. 125);

WHEREAS on February 1, 2013, this Court issued a Third Amended Pretrial Scheduling Order providing that disclosure of expert witnesses is due by July 31, 2013, a supplemental list of expert witnesses is due thirty (30) days thereafter (August 30, 2013), and the last day to hear dispositive motions is November 14, 2013 (*see* Docket No. 127). Further, the Third Amended Pretrial Scheduling Order set a new trial date of March 31, 2014, and revised the pretrial schedule accordingly (*id.*);

WHEREAS the Parties, after a concerted and good faith effort to coordinate the schedules of the parties, their counsel and the agreed upon mediator, have now confirmed an all-day mediation session scheduled for June 17, 2013, before the Honorable Edward Infante (Ret.) at JAMS in San Francisco, California;

WHEREAS the Parties believe that an adjustment to the expert discovery deadlines in the Third Amended Pretrial Scheduling Order would permit them to focus their efforts on mediation and preserve resources by delaying work on expert reports, and that good cause exists for the continuance because the parties have worked diligently to coordinate the mediation and have otherwise completed fact discovery;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff California Earthquake Authority and Defendants Metropolitan West Securities LLC and Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, N.A., through the undersigned counsel, to jointly request relief from the Third Amended Pretrial Scheduling Order in this case, and request that the presently scheduled dates be moved as followed, or in accordance with such schedule as the Court may allow:

|  | **Present Schedule** | **Jointly Requested Schedule** |
| --- | --- | --- |
| Expert Witness Disclosure/Report | July 31, 2013 | September 30, 2013 |
| Supplemental Disclosure/Report | 30 days after designation of expert witnesses (or August 30, 2013) | 30 days after designation of expert witnesses (or October 30, 2013) |
| LD to Hear Dispositive Motions | November 14, 2013 | January 9, 2014[1] |

---

[1] Parties to comply with the filing schedule outlined in this Court's Third Amended Pretrial Scheduling Order (Docket No. 127 at p. 4).

**IT IS SO STIPULATED:**

DATED: April 23, 2013                REED SMITH LLP


By   /s/ David S. Reidy
    David S. Reidy
    Attorneys for Defendants
    Metropolitan West Securities, LLC and Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, N.A.

DATED: April 23, 2013                STRUMWASSER & WOOCHER LLP


By   /s/ Michael J. Strumwasser
    Michael J. Strumwasser
    Attorneys for Plaintiff
    California Earthquake Authority

**IT IS SO ORDERED.**

DATED:  April 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT