MICHAEL J. STRUMWASSER (SBN 58413)
FREDRIC D. WOOCHER (SBN 96689)
BRYCE A. GEE (SBN 222700)
PATRICIA T. PEI (SBN 274957)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: mstrumwasser@strumwooch.com

Attorneys for Plaintiff
*California Earthquake Authority*

DAVID C. POWELL (SBN 129781)
R. EUNA KIM (SBN 222141)
DAVID S. REIDY (SBN 225904)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
E-mail:   dpowell@reedsmith.com
          ekim@reedsmith.com
          dreidy@reedsmith.com

Attorneys for Defendants
*Metropolitan West Securities, LLC and
Wells Fargo Bank, N.A., successor by merger
to Wachovia Bank, N.A.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – REDDING COURTHOUSE

| | |
|---|---|
| CALIFORNIA EARTHQUAKE AUTHORITY,<br><br>                             Plaintiff ,<br><br>       v.<br><br>METROPOLITAN WEST SECURITIES, LLC; WACHOVIA BANK, NATIONAL ASSOCIATION; and DOES 1-25,<br><br>                             Defendants. | CASE NO. 2:10-CV-00291-MCE-CMK<br><br>**[PROPOSED] ORDER SHORTENING TIME TO HEAR MOTION TO QUASH THE SUBPOENA OF DANIEL P. MARSHALL, III** |

1       Having read and considered the parties' joint application to shorten the time to hear CEA's
2 Motion to Quash the Subpoena of Daniel P. Marshall, III filed on December 2, 2015, and good
3 cause appearing therefore, the application is hereby GRANTED.
4       The CEA's Motion to Quash the Subpoena of Daniel P. Marshall, III will be heard on
5 December 16, 2015. Defendants' opposition shall be filed on or before December 9, 2015, and the
6 CEA's reply shall be filed on or before December 15, 2015.
7       IT IS SO ORDERED.

Dated:  December 14, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1

*California Earthquake Authority v. Metropolitan West Securities LLC et al.*
[PROPOSED] ORDER SHORTENING TIME TO HEAR MOTION TO QUASH MARSHALL SUBPOENA
Case No. 2:10-CV-00291-MCE-CMK