Michael J. Strumwasser (SBN 58413)
Fredric D. Woocher (SBN 96689)
Bryce A. Gee (SBN 222700)
Patricia T. Pei (SBN 274957)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: mstrumwasser@strumwooch.com

Attorneys for Plaintiff
*California Earthquake Authority*

David C. Powell (SBN 129781)
R. Euna Kim (SBN 222141)
David S. Reidy (SBN 225904)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
E-mail:   dpowell@reedsmith.com
          ekim@reedsmith.com
          dreidy@reedsmith.com
          bspohn@reedsmith.com

Attorneys for Defendants
*Metropolitan West Securities, LLC and
Wells Fargo Bank, N.A., successor by merger
to Wachovia Bank, N.A.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA EARTHQUAKE AUTHORITY,<br><br>                          Plaintiff,<br><br>          v.<br><br>METROPOLITAN WEST SECURITIES, LLC; WACHOVIA BANK, NATIONAL ASSOCIATION; and DOES 1-25,<br><br>                          Defendants. | CASE NO. 2:10-CV-00291-MCE-CMK<br><br>**STIPULATION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER**<br><br>Courtroom:   7<br>Judge:           Hon. Morrison C. England, Jr. |

Printed on Recycled Paper

*California Earthquake Authority v. Metropolitan West Securities LLC et al.*
Stipulation to Extend Time to File Dispositional Documents; [Proposed] Order
Case No.: 2:10-cv-00291-MCE-CMK

1 WHEREAS on December 18, 2015, the parties participated at a settlement conference before Magistrate Judge Kendall J. Newman, at which they reached an oral settlement agreement that was read into the record;

WHEREAS by a Minute Order dated December 18, 2015, it was ordered that dispositional documents were to be filed within 60 days, which is February 16, 2016;

WHEREAS the parties have agreed to and signed a written settlement agreement;

WHEREAS under the terms of the settlement agreement, Defendants Metropolitan West Securities, LLC and Wells Fargo, N.A., successor by merger to Wachovia Bank, N.A. ("Defendants") have until February 25, 2016, to make payment to Plaintiff the California Earthquake Authority ("Plaintiff");

WHEREAS under the terms of the settlement agreement, the CEA will file a stipulation of dismissal with prejudice once it receives confirmation of such payment;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiff and Defendants, through their counsel, as follows:

Upon approval by the Court, the time for filing dispositional documents in this matter shall be extended until February 26, 2016.

**IT IS SO STIPULATED.**

DATED:  February 16, 2016                     Respectfully submitted,

STRUMWASSER & WOOCHER LLP
Michael J. Strumwasser
Fredric D. Woocher
Bryce A. Gee
Patricia T. Pei

By:     /s/ *Michael J. Strumwasser*
            Michael J. Strumwasser

Attorneys for Plaintiff
*California Earthquake Authority*

1

*California Earthquake Authority v. Metropolitan West Securities LLC et al.*
STIPULATION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS; [PROPOSED] ORDER
CASE NO.: 2:10-CV-00291-MCE-CMK

REED SMITH LLP
David C. Powell
R. Euna Kim
David S. Reidy

By:_____/s/ *David C. Powell*_____
         David C. Powell

Attorneys for Defendants
*Metropolitan West Securities, LLC and*
*Wells Fargo Bank, N.A., successor by merger to*
*Wachovia Bank, N.A.*

**IT IS SO ORDERED.**

Dated:  February 16, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

*California Earthquake Authority v. Metropolitan West Securities LLC et al.*
STIPULATION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS; [PROPOSED] ORDER
CASE NO.: 2:10-CV-00291-MCE-CMK