MICHAEL J. STRUMWASSER (SBN 58413)
FREDRIC D. WOOCHER (SBN 96689)
BRYCE A. GEE (SBN 222700)
PATRICIA T. PEI (SBN 274957)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: mstrumwasser@strumwooch.com

Attorneys for Plaintiff
*California Earthquake Authority*

DAVID C. POWELL (SBN 129781)
DAVID S. REIDY (SBN 225904)
R. EUNA KIM (SBN 222141)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269
E-mail:  dpowell@reedsmith.com
         dreidy@reedsmith.com
         ekim@reedsmith.com

Attorneys for Defendants
*Metropolitan West Securities, LLC and Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, N.A.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA EARTHQUAKE AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN WEST SECURITIES, LLC; WACHOVIA BANK, NATIONAL ASSOCIATION; and DOES 1-25,<br><br>Defendants. | CASE NO. 2:10-CV-00291-MCE-CMK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Courtroom:  7<br>Judge:       Hon. Morrison C. England, Jr. |

Printed on Recycled Paper

*California Earthquake Authority v. Metropolitan West Securities LLC et al.*
STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER
CASE NO.: 2:10-cv-00291-MCE-CMK

Pursuant to Federal Civil Procedure Rule 41, Plaintiff California Earthquake Authority (the "CEA") and Defendants Metropolitan West Securities, LLC and Wells Fargo, N.A., successor by merger to Wachovia Bank, N.A. (collectively, "Wells Fargo") hereby stipulate that this action is dismissed with prejudice, with each party to bear its own attorney's fees and costs. The undersigned counsel for the CEA represents that counsel for Wells Fargo has agreed and authorized that this Stipulation may be filed by counsel for the CEA on behalf of both the CEA and Wells Fargo.

DATED: February 18, 2016                    Respectfully submitted,

                                                      STRUMWASSER & WOOCHER LLP
                                                     Michael J. Strumwasser
                                                     Fredric D. Woocher
                                                     Bryce A. Gee
                                                     Patricia T. Pei

                                                     By:____/s/ *Michael J. Strumwasser*_____
                                                                Michael J. Strumwasser

                                                     Attorneys for Plaintiff
                                                   *California Earthquake Authority*

                                                     REED SMITH LLP
                                                     David C. Powell
                                                     David S. Reidy
                                                     R. Euna Kim

                                                     By:_____/s/ *David C. Powell*_____
                                                                 David C. Powell

                                                     Attorneys for Defendants
                                                   *Metropolitan West Securities, LLC and*
                                                   *Wells Fargo Bank, N.A., successor by merger to*
                                                   *Wachovia Bank, N.A.*

1

*California Earthquake Authority v. Metropolitan West Securities LLC et al.*
STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER
CASE NO.: 2:10-CV-00291-MCE-CMK

**ORDER**

Pursuant to the above stipulation, this action is DISMISSED with prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 22, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*California Earthquake Authority v. Metropolitan West Securities LLC et al.*
STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER
CASE NO.: 2:10-CV-00291-MCE-CMK